MANDY D. HEXOM / Bar No. 216390
mhexom@fmglaw.com
FREEMAN MATHIS & GARY LLC
225 Broadway, Suite 1460
San Diego, CA 92101
Telephone: (619) 687-3000
Facsimile: (213) 615-7100

Attorneys for Defendant
PORTABLE SOLAR, LLC

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOVOLTA, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>PORTABLE SOLAR, LLC, a Texas limited liability company,<br><br>Defendants. | Case No. '21CV1083 W    JLB<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT BY DEFENDANT PORTABLE SOLAR, LLC** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT Defendant Portable Solar, LLC d/b/a Sol-Ark ("Sol-Ark"), by and through its undersigned counsel, respectfully files this Notice of Removal of this action to this Court from the Superior Court of California, County of San Diego where it is now pending, in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. Sol-Ark supports this removal as follows:

**STATEMENT OF GROUNDS FOR REMOVAL**

1.  On April 28, 2021, Plaintiff NeoVolta, Inc. ("Plaintiff" or "NeoVolta") filed a "Verified Complaint for Declaratory Relief" ("Complaint") in the Superior Court of California, County of San Diego (Case No. 37-2021-00018874-CU-BT-

1
NOTICE OF REMOVAL TO FEDERAL COURT

CTL). A copy of the Complaint and all papers filed with the Superior Court of California, County of San Diego are attached hereto as **Exhibit A**.

2. Plaintiff served a summons and a copy of the Complaint on the registered agent for Sol-Ark on May 10, 2021. Therefore, this Notice of Removal is timely because it has been filed within 30 days of receipt of the initial filing through service, as required by 28 U.S.C. § 1446(b).

3. No further proceedings have been filed in the Superior Court of California, County of San Diego with respect to this action, and the pleadings attached in Exhibit A constitute the only pleadings filed in this matter to date.

4. This action is removable to federal court pursuant to 28 U.S.C. § 1441 because it could have been filed originally in this Court pursuant to the jurisdiction conferred by 28 U.S.C. § 1332(a). The United States District Court has subject matter jurisdiction over this action because this action is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## DIVERSITY OF CITIZENSHIP

5. NeoVolta is a Nevada corporation with its principal offices located at 13651 Danielson Street, Suite A, Poway, California. *Complaint* ¶ 3. The Complaint appears to contain a scrivener's error identifying NeoVolta as a limited liability company. However, the business entity records contained on the Nevada Secretary of State's website (copy attached as **Exhibit B**) lists NeoVolta as a Nevada corporation. Accordingly, based on publicly available information, Plaintiff is a citizen of California and Nevada.

6. Sol-Ark is a Texas limited liability company whose citizenship is determined by its members. Sol-Ark has only two members, both of whom are individuals: Thomas Brennan and Bhawna Oberoi, who are citizens, residents, and domiciliary of Parker, Texas. (*See* Declaration of Tom Brennan attached hereto

**Exhibit C**.) Accordingly, for purposes of diversity jurisdiction, Sol-Ark is a citizen of Texas.

7. Therefore, this action is a controversy between citizens of different states for purposes of invoking original jurisdiction of the federal district courts pursuant to 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

8. Plaintiff's claims exceed the $75,000.00 amount in controversy threshold under 28 U.S.C. § 1332(a).

9. The Complaint seeks a declaration regarding NeoVolta's alleged tortious interference with Sol-Ark's Non-Compete Agreement with manufacturer NingBo Deye. A copy of the Non-Compete Agreement is attached hereto as **Exhibit D**. *See also* Complaint ¶ ¶ 6, 12

10. "In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation." *Hunt v. Washington State Apple Advertising Com'n*, (1977) 432 U.S. 333, 347 [97 S.Ct. 2434, 2443, 53 L.Ed.2d 383]. Here, Plaintiff seeks a declaration that it has not tortiously interfered with Defendant's Non-Compete Agreement or other business contracts, essentially declaring Sol-Ark's exclusive partnership with NingBo Deye void. The requested declaration would result in a financial loss far greater than $75,000 for Sol-Ark through the loss of exclusive rights to distribute and market solar inverters in the United States, Canada, and Puerto Rico.

11. As support, Neovolta's public securities filings for the fiscal year ending June 30, 2020 show revenues from contracts with customers as being $2,011,644 for fiscal year 2020 (compared to no revenue for fiscal year 2019). A copy of Neovolta's Form 1-K can be found at its website located here: https://www.sec.gov/Archives/edgar/data/1748137/000139390520000289/neov_1k.htm. Based on NeoVolta's product offerings identified in its public filings, which are

the subject of this declaratory judgment, a substantial portion of NeoVolta's annual revenue is derived from sales of the product that is the subject of the Complaint within the exclusive territory of Sol-Ark.

12. Accordingly, the value of the rights conferred to Sol-Ark in the contract that is the subject of this litigation well exceeds the jurisdictional threshold of $75,000.00.

## VENUE

13. Venue for removal is proper in this district under 28 U.S.C. § 84(d) because this District embraces the Superior Court of California, San Diego County, the forum in which the removed action was pending.

## NOTICE

14. Notice to the Superior Court of California, San Diego County, which includes a duplicate of this Notice of Removal to Federal Court, is being filed with the Clerk of the Superior Court of California, San Diego County, as provided by 28 U.S.C. § 1446(d). A copy of this Notice is attached as **Exhibit E**.

15. Written notice of the filing of this Notice of Removal will be sent to Plaintiff, the only adverse party, as provided in 28 U.S.C. § 1446(d), pursuant to the Certificate of Service set forth below

WHEREFORE, Defendant prays that the Verified Complaint filed by Plaintiff in the Superior Court of California, San Diego County, be removed to this Court.

Respectfully submitted,

Dated: June 9, 2021

FREEMAN MATHIS & GARY, LLP

By: s/ Mandy D. Hexom
MANDY D. HEXOM
mhexom@fmglaw.com
Attorneys for Defendant
PORTABLE SOLAR, LLC

**FILER'S ECF ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: June 9, 2021         By:    s/ Mandy D. Hexom
                                   Attorney for Defendant
                                   E-mail: mhexom@fmglaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 9, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on June 9, 2021, at San Diego, California.

By: s/ Mandy D. Hexom
Attorney for Defendant
E-mail: mhexom@fmglaw.com